# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Amanda Pena,**<br>***Plaintiff*** | §<br>§ | |
| **v.** | § | **No. 1:26-cv-02196-SH** |
| **Walmart Stores Texas, LLC,**<br>***Defendant*** | §<br>§<br>§ | |

## ORDER

On October 8, 2026, the Honorable Andrew B. Davis transferred this case to this Magistrate Judge pursuant to the parties' consent. Dkt. 13. All future pleadings should be filed with "SH" after the cause number, as above.

The parties, or counsel acting on their behalf, are **ORDERED** to appear for an initial pretrial conference **by telephone at 10:30 a.m. Monday, October 26, 2026**. The Court will set a trial date at the conference, so the parties must be prepared to discuss trial settings.

The parties are directed to use the following dial-in information:

1. Toll free number: (855) 244-8681
2. Access code: 2307 492 0535#

**Please call in 5 minutes before the hearing starts.**

Use of speaker phones is prohibited during a telephonic appearance, and use of mobile phones is discouraged due to poor audio quality.

If there are questions regarding the telephonic appearance, the parties should contact Courtroom Deputy Kyra Kelley at Kyra_Kelley@txwd.uscourts.gov.

**SIGNED** on October 14, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE